IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:13CR225-1 |
| | : | No. 1:24CR30-1 |
| BIDCAR EDUARDO OROZCO-OROZCO | : | |

### ORDER

This matter comes before the court upon a Request for Appearance by Student Practitioner. Assistant Federal Public Defender Mireille P. Clough moves the court to allow Trinity Chapman, a legal intern certified under the North Carolina Rules Governing Practical Training of Law Students, to appear on behalf of Defendant for purposes of Defendant's Sentencing Hearing. Counsel for Defendant will accompany the student practitioner and be responsible for her appearance. Having considered the request, with Defendant's written consent, and for good cause shown the request will be granted.

**IT IS THEREFORE ORDERED** that the Defendant's Request for Appearance by Student Practitioner, is **GRANTED** and the court hereby grants permission for Trinity Chapman, a certified student practitioner, to appear in court proceedings before this Court so long as she is

supervised by an Assistant Federal Public Defender for the Middle District of North Carolina.

This the 19th day of November, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE